UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CHAPMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE,<br><br>　　　　　Defendant. | Case No.  1:22-cv-01531-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 6)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS (Doc. 5) |

Plaintiff Matthew Chapman ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, initiated this action pursuant to the Administrative Procedures Act ("APA") on November 29, 2022. (Doc. 1.) On June 23, 2023, the Court screened Plaintiff's complaint and granted him leave to amend. (Doc. 4.) Plaintiff filed a First Amended Complaint ("FAC") on July 24, 2023. (Doc. 5.) The action "challenges United Staes Forest Service (USFS) Decision Memo determinations relating to special use roadway permits for a commercial recreational development on private land" known as Under Canvas, adjacent to Stanislaus National Forest in Tuolumne County, California. (FAC at 7, 12, 67.)

On April 24, 2024, the Court screened the FAC and issued an order directing Plaintiff to show cause why this action should not be dismissed for lack of jurisdiction based on mootness. The Court considered Plaintiff's allegations that the permits at issue had expired and activity on the Under Canvas project had arrested. (Doc. 6.)

1

Plaintiff filed a response to the show cause order on May 6, 2024. In his response, Plaintiff alleges that Under Canvas applied for renewal of the temporary road use permits, which were approved by USFS on July 21, 2023, and are set to expire August 30, 2024. Plaintiff further indicates that the Under Canvas project remains ongoing and that a requested term permit remains in suspense, with the USFS's expressed intent to approve it. (Doc. 7.)

Having considered Plaintiff's response, the Order to Show Cause will be discharged. Further, following a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915(e)(2), the Court finds that this action should proceed on Plaintiff's First Amended Complaint, filed on July 24, 2023, against Defendant United States Forest Service. However, Defendant will not be precluded from challenging the substance or merits of the amended complaint—including pursuant to Federal Rule of Civil Procedure 12—or asserting any applicable defenses.

Accordingly, the Court HEREBY ORDERS that:

1. The Order to Show Cause (Doc. 6) issued on April 24, 2024, is DISCHARGED;

2. Service shall be initiated on the following defendant:

   United States Forest Service

3. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the first amended complaint filed on July 24, 2023, (Doc. 5);

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents, and submit the completed Notice to the Court with the following documents:

   a. One (1) completed summons for each defendant listed above;

   b. One (1) completed USM-285 form for each defendant listed above; and

   c. Two (2) copies of the endorsed first amended complaint filed on July 24, 2023.

4. Plaintiff need not attempt service on these defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants under Federal Rule of Civil Procedure 4 without payment of costs; and

5. **The failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated: **May 8, 2024**         /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE