UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CHAPMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>        Defendant. | Case No.  1:22-cv-01531-BAM<br><br>ORDER DIRECTING SERVICE OF THE UNITED STATES MARSHAL WIHTOUT PAYMENT OF COSTS |

Plaintiff Matthew Chapman ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, initiated this action pursuant to the Administrative Procedures Act ("APA") on November 29, 2022. (Doc. 1.) The Court previously found service of the First Amended Complaint appropriate for the following defendant: UNITED STATES FOREST SERVICE. Accordingly, IT IS HEREBY ORDERED that:

1. For each defendant to be served, the Clerk of the Court is directed to forward the following documents to the U.S. Marshal:

(1) One completed and issued original summons;

(2) One completed USM−285 form for each defendant to be served, including the United States Attorney's Office for the Eastern District of California;

(3) One copy of the First Amended Complaint filed on July 24, 2023, plus one copy for service upon the United States Attorney, one for service upon the Attorney General of the United

1

States at Washington D.C., and one copy for the United States Marshal;

(4) One copy of this order, plus one copy for service upon the United States Attorney, one copy for service upon the Attorney General, and one copy for the United States Marshal;

2. Within ninety days of the date of this Order, the United States Marshal shall:

a. Serve process and a copy of this order upon the defendant UNITED STATES FOREST SERVICE pursuant to Federal Rule of Civil Procedure 4(i) without prepayment of costs.

b. Within ten days after service is effectuated, the United States Marshal shall file the return of service for the defendant.

c. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on the United States Forest Service within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

IT IS SO ORDERED.

Dated: **May 22, 2024**              /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

2