UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CHAPMAN,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES FOREST SERVICE,<br><br>           Defendant. | Case No.  1:22-cv-01531-BAM<br><br>ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINE FORMS<br><br>ORDER VACATING NOVEMBER 8, 2024 MOTION TO DISMISS HEARING<br><br>**Deadline: October 30, 2024** |

Plaintiff Matthew Chapman ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, initiated this action pursuant to the Administrative Procedures Act ("APA") on November 29, 2022. (Doc. 1.) On October 1, 2024, Defendant United States Forest Service filed a Motion to Dismiss. (Doc. 17.) In light of this Motion to Dismiss, the deadline for the parties to submit their Consent/Decline of U.S. Magistrate Judge Jurisdiction forms is advanced to **October 30, 2024**.

///

///

///

///

///

///

1

If any party requests reassignment to a United States District Judge, the Clerk of the Court will randomly assign a District Judge as presiding judge, with the Magistrate Judge continuing to be assigned to the case for those purposes anticipated by the Local Rules.  While the parties are free to withhold consent, receipt of a consent designation assists the Court in determining how the action will be administratively processed.  The hearing on the Motion to Dismiss currently set for November 8, 2024, is **taken off calendar pending receipt of the parties' consent/decline forms**.  The Court will take the motion under submission once briefing of the motion is complete.  *See* L.R. 230(c)-(d).

IT IS SO ORDERED.

Dated:   **October 2, 2024**                         /s/ *Barbara A. McAuliffe*             
                                                                    UNITED STATES MAGISTRATE JUDGE