UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CHAPMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE,<br><br>   Defendant. | Case No.  1:22-cv-01531-BAM<br><br>**ORDER REGARDING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>(Doc. 25) |

On October 1, 2024, Defendant United States Forest Service filed a motion to dismiss this action for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). (Doc. 17.)  On October 15, 2024, Plaintiff Matthew Chapman filed a motion for administrative relief requesting additional time to file an opposition to the motion to dismiss.  (Doc. 22.) Plaintiff sought additional time because the motion and related documents were not served on him.  On the same date, Defendant filed a proof of service indicating that it served the motion and related documents by FedEx on October 15, 2024.  (Doc. 23.)  Based upon the proof of service, the Court granted Plaintiff's motion for administrative relief.  The Court directed Plaintiff to file an opposition to the motion to dismiss no later than November 4, 2024, and ordered that any reply be filed no later than November 14, 2024.  (Doc. 24.)

On October 21, 2024, Plaintiff filed a second motion for administrative relief requesting that the Court (1) direct Defendant to serve the motion to dismiss and documents via the U.S.

1

1  Mail and (2) adjust the briefing schedule.  (Doc. 25.)  Plaintiff explained that as of October 20,
2  2024, he had not received the documents sent by FedEx.  (Doc. 25.)  Although he had received a
3  FedEx Door Tag, he was uncertain when he would be able to track down or retrieve the
4  documents.   (*Id.*)

5  Defendant did not file a timely opposition to Plaintiff's request for administrative relief.
6  L.R. 233(b) ("Any non-moving party may file an opposition or supporting statement . . . within
7  five (5) days after the motion has been filed.").  Instead, Defendant filed a certificate/proof of
8  service indicating that Defendant served the motion to dismiss for lack of subject matter
9  jurisdiction and related documents on Plaintiff by U.S. Mail on October 28, 2024.  (Doc. 26.)

10  On November 4, 2024, before the Court addressed Plaintiff's second motion for
11  administrative relief, Plaintiff filed his response to Defendant's motion to dismiss.  (Doc. 27.)
12  Plaintiff explains that service of the motion was received on October 30, 2024, and he has filed a
13  response in accord with the court-ordered briefing schedule.  (*Id.* at 2.)

14  Based on service of the motion to dismiss by U.S. Mail and Plaintiff's subsequent filing of
15  a response to that motion, the relief sought by Plaintiff's second motion for administrative relief
16  is no longer necessary.  Accordingly, Plaintiff's second motion for administrative relief (Doc. 25)
17  is DENIED as moot.

IT IS SO ORDERED.

Dated:   **November 5, 2024**              /s/ *Barbara A. McAuliffe*          
                                                         UNITED STATES MAGISTRATE JUDGE