UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CHAPMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>            Defendant. | Case No.  1:22-cv-01531-BAM<br><br>**ORDER TO FILE AMENDED COMPLAINT OR NOTICE OF DISMISSAL**<br><br>**TWENTY-ONE DAY DEADLINE** |

Plaintiff Matthew Chapman ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, initiated this action on November 29, 2022.  (Doc. 1.)  On July 28, 2025, the Court issued an order granting in part and denying in part Defendant United States Forest Service's ("Defendant") motion to dismiss the First Amended Complaint ("FAC").  (Doc. 30.)  The Court granted leave to amend **only** to the extent that Plaintiff is able to allege facts sufficient to state a claim regarding the supposed "fourth permit" identified in his Opposition. (Doc. 27 at 3.)  Plaintiff was ordered to either file a Second Amended Complaint or a notice of dismissal within twenty-one (21) days from the date of service of the Order.  (Doc. 30 at 22.)  On September 3, 2025, Plaintiff filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit.  (Doc. 31.)  On September 29, 2025, the Ninth Circuit dismissed the appeal and mandate was issued.  (Doc. 34, 35.)

Accordingly, Plaintiff is HEREBY ORDERED to file either a Second Amended

1

Complaint that **relates only to facts** regarding the supposed "fourth permit" identified in Plaintiff's Opposition (Doc. 27 at 3) or file a notice of dismissal within **twenty-one (21) days** from the date of service of this Order. <u>**Failure to comply with this order will result in dismissal.**</u>

IT IS SO ORDERED.

Dated:   **November 24, 2025**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE